**Smith, Katzenstein & Jenkins** LLP

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, Suite 1000
P. O. Box 410
Wilmington, DE 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skjlaw.com

October 14, 2014

*By ECF*

The Honorable Richard G. Andrews
The District Court for the District of Delaware
844 N. King Street
Wilmington, Delaware 19801

*Re: InterDigital Communications, Inc. et al. v. ZTE et al.*
   *C.A. No. 13-0009 RGA*

Dear Judge Andrews:

It has come to our attention that Exhibit 6 to the parties' Joint Proposed Final Pre-Trial Order contained a formatting error. The corrected exhibit is enclosed. Please contact me with any questions.

Respectfully,

*/s/ Neal C. Belgam*

Neal C. Belgam (ID 2721)

NCB/CRC

Enclosure

cc: Clerk of Court
    Counsel of Record