

Kelly E. Farnan
302-651-7705
Farnan@rlf.com

October 26, 2014

**BY CM/ECF**

The Honorable Richard G. Andrews
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:    *InterDigital Communications, Inc., et al v. ZTE Corporation, et al.*,
               C.A. No. 13-009-RGA

Dear Judge Andrews:

      I write regarding an issue that has arisen with respect to closing arguments. We informed the Court on Friday that Mr. Gabric would present the closing on behalf of ZTE. However, on Saturday, we decided to split the allotted time for closing argument between Mr. Gabric and Mr. McMahon in accordance with the division of responsibilities at trial and informed InterDigital of that decision last night. InterDigital has indicated it objects and intends to raise the issue with the Court, but has not given ZTE any explanation as to the basis for its objection.

      As the Court is aware, Mr. Gabric has handled the issues and witnesses regarding the 244 Patent while Mr. McMahon has taken primary responsibility for the 966 and 847 Patents. Consistent with their responsibilities before the jury during trial, Mr. Gabric and Mr. McMahon intend to address in closing the issues they addressed during the presentation of evidence. ZTE is not aware of any Rule that prohibits such a practice and, to the contrary, Federal Rule of Evidence 611(a) merely requires that the Court exercise "reasonable control" over the proceedings. ZTE's proposal to have two attorneys present closing arguments is reasonable and will not disrupt the proceedings.

      ZTE respectfully requests that the Court permit Mr. Gabric and Mr. McMahon to share the time allotted to ZTE for closing argument. If Your Honor requires any further information on this issue, counsel remains available at the Court's convenience.

                                                Respectfully,

                                                */s/ Kelly E. Farnan*

                                                Kelly E. Farnan