Filed this 28th Day of October, 2014 In Open Court
 —KM

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERDIGITAL COMMUNICATIONS, INC., a Delaware corporation, INTERDIGITAL TECHNOLOGY CORPORATION, a Delaware corporation, IPR LICENSING, INC., a Delaware corporation, and INTERDIGITAL HOLDINGS, INC., a Delaware corporation, <br><br>        Plaintiffs and Counterclaim Defendants, <br><br>    v. <br><br> ZTE CORPORATION, a Chinese corporation, and ZTE (USA) INC., a New Jersey corporation, <br><br>        Defendants and Counterclaim Plaintiffs. | Civil Action No.: 1:13-cv-00009-RGA <br><br> **JURY TRIAL DEMANDED** |

## **VERDICT FORM**

**Instructions:** Please answer each and every question on this verdict form.

### INTERDIGITAL'S U.S. PATENT NO. 7,190,966

**QUESTION NO. 1:**

Do you find that InterDigital has proven by a preponderance of the evidence that ZTE's accused phones infringe any of the following claims of U.S. Patent No. 7,190,966?

|          | YES (for InterDigital) | NO (for ZTE) |
|----------|:---:|:---:|
| Claim 1  | ✓ |   |
| Claim 3  | ✓ |   |
| Claim 6  | ✓ |   |
| Claim 8  | ✓ |   |
| Claim 9  | ✓ |   |
| Claim 11 | ✓ |   |

## INTERDIGITAL'S U.S. PATENT NO. 7,286,847

**QUESTION NO. 2:**

Do you find that InterDigital has proven by a preponderance of the evidence that ZTE's accused phones infringe any of the following claims of U.S. Patent No. 7,286,847?

|         | YES (for InterDigital) | NO (for ZTE) |
|---------|------------------------|--------------|
| Claim 3 | ✓                      |              |
| Claim 5 | ✓                      |              |

## INTERDIGITAL'S U.S. PATENT NO. 8,380,244

**QUESTION NO. 3:**

Do you find that InterDigital has proven by a preponderance of the evidence that ZTE's accused phones infringe any of the following claims of U.S. Patent No. 8,380,244?

|  | YES (for InterDigital) | NO (for ZTE) |
|---|---|---|
| Claim 1 | ✓ |  |
| Claim 8 | ✓ |  |

## INTERDIGITAL'S U.S. PATENT NO. 7,190,966

**QUESTION NO. 4:**

Do you find that ZTE has proven by clear and convincing evidence that any of the following claims of U.S. Patent No. 7,190,966 are invalid as obvious?

|          | YES (for ZTE) | NO (for InterDigital) |
|----------|---------------|------------------------|
| Claim 1  |               | ✓                      |
| Claim 3  |               | ✓                      |
| Claim 6  |               | ✓                      |
| Claim 8  |               | ✓                      |
| Claim 9  |               | ✓                      |
| Claim 11 |               | ✓                      |

## INTERDIGITAL'S U.S. PATENT NO. 7,286,847

**QUESTION NO. 5:**

Do you find that ZTE has proven by clear and convincing evidence that any of the following claims of U.S. Patent No. 7,286,847 are invalid as obvious?

|         | YES (for ZTE) | NO (for InterDigital) |
|---------|---------------|------------------------|
| Claim 3 |               | ✓                      |
| Claim 5 |               | ✓                      |

## INTERDIGITAL'S U.S. PATENT NO. 8,380,244

**QUESTION NO. 6:**

Do you find that ZTE has proven by clear and convincing evidence that any of the following claims of U.S. Patent No. 8,380,244 are invalid as obvious?

|         | YES (for ZTE) | NO (for InterDigital) |
|---------|---------------|-----------------------|
| Claim 1 |               | ✓                     |
| Claim 8 |               | ✓                     |

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Foreperson should then sign and date the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: _10-28-_, 2014

_____
Foreperson