IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERDIGITAL COMMUNICATIONS INC., et al., | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 13-9-RGA |
| ZTE CORPORATION, et al., | : : | |
| Defendants. | : | |

**JUDGMENT**

This 29th day of October 2014, the Court having held a jury trial, and the jury having rendered a verdict, pursuant to Fed. R. Civ. P. 58(b)(2), IT IS HEREBY ORDERED that:

Judgment is entered for Plaintiffs Interdigital Communications, Inc., Interdigital Technology Corporation, IPR Licensing, Inc., and Interdigital Holdings, Inc. and against Defendants ZTE Corporation and ZTE (USA) Inc. on Counts I, II, and IV of the Amended Complaint (D.I. 26).

Judgment is further entered for Plaintiffs Interdigital Communications, Inc., Interdigital Technology Corporation, IPR Licensing, Inc., and Interdigital Holdings, Inc. and against Defendants ZTE Corporation and ZTE (USA) Inc. on Count VIII of the Counterclaims in the Answer, Affirmative Defenses, and Counterclaims to Plaintiff's Amended Complaint (D.I. 28) as to the 7,190,966, 7,286,847, and 8,380,244 patents.

/s/ Richard G. Andrews
United States District Judge