IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERDIGITAL COMMUNICATIONS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ZTE CORPORATION, ET AL., <br><br> Defendants. | C.A. No. 13-009-RGA <br><br> **JURY TRIAL DEMANDED** |

[~~PROPOSED~~] AMENDED JUDGMENT

This 29th day of October 2014, the Court having held a jury trial, and the jury having rendered a verdict, pursuant to Fed. R. Civ. P. 58(b)(2), IT IS HEREBY ORDERED that:

Judgment is entered for Plaintiffs InterDigital Communications, Inc., InterDigital Technology Corporation, IPR Licensing, Inc., and InterDigital Holdings, Inc. and against Defendants ZTE Corporation and ZTE (USA) Inc. on Counts I, II, and IV of the Amended Complaint (D.I. 26).

Judgment is further entered for Plaintiffs InterDigital Communications, Inc., InterDigital Technology Corporation, IPR Licensing, Inc., and InterDigital Holdings, Inc. and against Defendants ZTE Corporation and ZTE (USA) Inc. on Counts V and VI of the Counterclaims in the Answer, Affirmative Defenses, and Counterclaims to Plaintiffs Amended Complaint (D.I. 68) as to the 7,190,966, 7,286,847, and 8,380,244 patents.

_____
United States District Judge   11/12/14