Filed this 22nd Day of April, 2015, In Open Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERDIGITAL COMMUNICATIONS, INC., INTERDIGITAL TECHNOLOGY CORPORATION, IPR LICENSING, INC., and INTERDIGITAL HOLDINGS, INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> ZTE CORPORATION and ZTE (USA) INC., <br><br> Defendants and Counterclaim Plaintiffs. | C.A. No.: 13-cv-009-RGA <br><br> **JURY TRIAL DEMANDED** |

## VERDICT FORM

**Instructions:** Please answer each and every question on this verdict form.

**U.S. PATENT NO. 7,941,151 ("the '151 Patent")**

**QUESTION NO. 1:**

Do you find that InterDigital has proven by a preponderance of the evidence that ZTE's accused phones directly infringe any of the following claims of U.S. Patent No. 7,941,151?

|         | YES (for InterDigital) | NO (for ZTE) |
|---------|------------------------|--------------|
| Claim 2 |                        | No           |
| Claim 4 |                        | No           |
| Claim 5 |                        | No           |
| Claim 6 |                        | No           |

**QUESTION NO. 2:**

Do you find that InterDigital has proven by a preponderance of the evidence that ZTE has induced others to infringe any of the following claims of U.S. Patent No. 7,941,151?

|         | YES (for InterDigital) | NO (for ZTE) |
|---------|------------------------|--------------|
| Claim 2 |                        | No           |
| Claim 4 |                        | No           |
| Claim 5 |                        | No           |
| Claim 6 |                        | No           |

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Foreperson should then sign and date the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: 4/22, 2015

_____
Foreperson