AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

for the     DISTRICT OF     Delaware

InterDigital Communications, et al

V.

ZTE Corporation, et al

**EXHIBIT AND WITNESS LIST**

Case Number: C.A. 13-9 RGA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Richard G. Andrews | Neal Belgum, Esq. | Kelly Farnan, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/20/2015 - | Valerie Gunning | K. Ringgold |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 4/20/2015 | | | William J. Merritt |
| W2 | | 4/20/2015 | | | Dr. Martin Walker |
| W3 | | 4/20/2015 | | | Kenneth Carter (Deposition Reading) |
| W4 | | 4/20/2015 | | | Zygmund Haas |
| W5 | | 4/21/2015 | | | James Nolan |
| | W1 | 4/21/2015 | | | Waiman Lam |
| | W2 | 4/21/2015 | | | Stephen Dick (Video Deposition) |
| | W3 | 4/21/2015 | | | Marion Rudolph (Video Deposition) |
| | W4 | 4/21/2015 | | | Dr. Paul Min |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages