■
**Smith
Katzenstein
Jenkins LLP**

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, Suite 1000
P. O. Box 410
Wilmington, DE  19899
(Courier 19801)
Phone  (302) 652-8400
Fax (302) 652-8405
www.skjlaw.com

April 16, 2015

*By ECF*

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
844 N. King Street
Wilmington, Delaware 19801

**PUBLIC VERSION**

*Re:*   *InterDigital Communications, Inc. et al, v. ZTE Corporation et al.*
        *C.A. No. 13-0009 RGA*

Dear Judge Andrews:

The Honorable Richard G. Andrews
April 16, 2015
Page 2

The Honorable Richard G. Andrews
April 16, 2015
Page 3

Respectfully,

*/s/ Neal C. Belgam*

Neal C. Belgam (No. 2721)

cc:   Clerk of Court
      Counsel of Record

---

1