# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

16-2362

**INTERDIGITAL COMMUNICATIONS, INC., a Delaware corporation, INTERDIGITAL TECHNOLOGY CORPORATION, a Delaware corporation, IPR LICENSING, INC., a Delaware corporation, INTERDIGITAL HOLDINGS, INC., a Delaware corporation,**

*Plaintiffs - Appellees*

v.

**ZTE CORPORATION, a Chinese corporation, ZTE (USA) INC., a New Jersey corporation,**

*Defendants - Appellants*

Appeal from the United States District Court for the District of Delaware in case no. 1:13-cv-00009-RGA
Judge Richard G. Andrews

## MANDATE

In accordance with the judgment of this Court, entered November 03, 2017, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court