**SMITH KATZENSTEIN JENKINS** LLP

January 16, 2018

*By ECF*

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801-3555

*Re: InterDigital Communications, Inc. et al. v. ZTE Corp., et al.; C.A. No. 13-0009 RGA*

Dear Judge Andrews:

    I write on behalf of Plaintiffs InterDigital Communications, Inc., InterDigital Technology Corporation, IPR Licensing, Inc. and InterDigital Holdings, Inc. (collectively "InterDigital") and Defendants ZTE Corporation and ZTE (USA), Inc. (collectively "ZTE") (InterDigital and ZTE are collectively referred to as "the Parties") to provide the Court with a joint status report pursuant to the Court's January 9, 2018 Order (D.I. 593) concerning the manner in which the remainder of this case should proceed.

    In October 2014, the Court held a trial on the infringement and validity of U.S. Patent No. 8,380,244 ("the '244 patent") and two power ramp-up ("PRU") patents, U.S. Patent Nos. 7,190,966 ("the '966 patent") and 7,286,847 ("the '847 patent"), which resulted in an October 28, 2014 verdict in InterDigital's favor. (D.I. 431). ZTE filed an appeal with the Federal Circuit regarding the PRU patents. The Federal Circuit affirmed this Court's judgment and a mandate recently issued. D.I. 592.

    As for the '244 patent, this case has been stayed pending proceedings at the Patent Trial and Appeal Board ("PTAB") on that patent and post-trial motions remain pending. Those PTAB proceedings are ongoing, but are anticipated to conclude in the near future.

    Because the damages portion of this case would be more efficiently conducted in a coordinated fashion, rather than piecemeal, on both the PRU patents and the '244 patent, the Parties agree and request that this case be stayed for an additional ninety (90) days.

    The Parties will provide another status report within ninety (90) days and/or following the conclusion of the PTAB proceedings.

Respectfully,

*/s/ Eve H. Ormerod*

Eve H. Ormerod (#5369)

cc:    Clerk of Court (via CM/ECF)
        All Counsel of Record (via CM/ECF)