IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERDIGITAL COMMUNICATIONS INC., et al., | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :     Civil Action No. 13-9-RGA <br> : |
| ZTE CORPORATION, et al., | : <br> : |
| Defendants. | : |

## **ORDER**

WHEREAS, the stay in this matter was continued on January 17, 2018, due to proceedings that are presently pending before the Patent Trial and Appeal Board (the "PTAB") (D.I. 595);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the proceedings before the "PTAB" have been resolved so that this case may be reopened and other appropriate action may be taken.

January ___, 2018
DATE

_____
UNITED STATES DISTRICT JUDGE