# Smith Katzenstein Jenkins LLP

November 25, 2019

**By ECF**

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801-3555

**Re:** *InterDigital Commc'ns LLC, et al. v. LG Electronics Inc., et al.,* C.A. No. 11-cv-00654-RGA; *and InterDigital Commc'ns, Inc., et al. v. ZTE Corp., et al.,* C.A. No. 13-0009 RGA

Dear Judge Andrews:

I write on behalf of the Plaintiffs and the remaining Defendants in the two above-captioned matters (the "654 Action" and "009 Action," respectively) (collectively, the "Actions"): InterDigital Communications, LLC; InterDigital Communications, Inc.; InterDigital Technology Corporation; and IPR Licensing, Inc. (collectively "InterDigital") and ZTE Corporation and ZTE (USA), Inc. (collectively "ZTE") (all collectively, the "parties").

In the 654 Action, on September 9, 2019 InterDigital requested and ZTE did not oppose that the Action remain stayed to allow the parties to continue to confer, without unnecessarily occupying Court or litigant time or attention in the interim. Accordingly, the Court continued the stay through and including December 9, 2019, at which time the parties are to provide a further status update.

In the 009 Action, on January 23, 2019 the parties provided a status update regarding proceedings before the Patent Trial and Appeal Board ("PTAB"), including appeals, relating to U.S. Patent No. 8,830,244 (the "'244 patent"). At that time, the parties requested that the 009 Action remain stayed until the PTAB proceedings on the '244 patent are fully resolved, including any and all appeals. The Court granted this request, continuing the stay and requiring that the parties inform the Court of any material developments, as well as upon the final conclusion of the PTAB proceedings, including any appeals.

The parties write in furtherance of these status updates to inform the Court of two recent events affecting the Actions. First, on October 18, 2019, InterDigital and ZTE entered into a Patent License Agreement pursuant to which the parties agreed that, upon the performance of certain obligations by ZTE, the parties will end all legal proceedings initiated by either party or otherwise pending between them. Accordingly, the parties expect to file stipulations to dismiss the 654 and 009 Actions by the end of January 2020.

Second, on November 22, 2019, the U.S. Court of Appeals for the Federal Circuit issued a ruling reversing and vacating the PTAB's finding that claim 8 of the '244 patent is invalid. The parties expect that the mandate of the court will likely issue by December 30, 2019.

The Honorable Richard G. Andrews
November 25, 2019
Page 2

      In light of these developments, the parties respectfully request that the 654 and 009 Actions remain stayed up through January 31, 2020 to allow the parties to effectuate the dismissal of the Actions. To the extent the parties have not moved to dismiss the Actions by January 31, 2020, the parties will provide further status reports before that date.

Respectfully,

/s/ *Neal C. Belgam*

Neal C. Belgam (No. 2721)

Cc:    Clerk of the Court (*via ECF*)
        All Counsel of Record for the 654 and 009 Actions (*via ECF*)