# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERDIGITAL COMMUNICATIONS INC., INTERDIGITAL TECHNOLOGY CORP., IPR LICENSING, INC., and INTERDIGITAL HOLDINGS, INC.,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>ZTE CORPORATION, and ZTE (USA) INC.,<br>    Defendants and Counterclaim Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 13-009 RGA<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, InterDigital Communications Inc., InterDigital Technology Corporation, IPR Licensing, Inc. and InterDigital Holdings, Inc., and ZTE Corporation and ZTE (USA) Inc., through their counsel of record, hereby stipulate that this action, including all claims and counterclaims, is dismissed with prejudice, with each party bearing its own fees and costs.

Dated: December 30, 2019

| SMITH KATZENSTEIN & JENKINS LLP | RICHARDS, LAYTON & FINGER, PA |
|---|---|
| */s/ Eve H. Ormerod*  <br>Neal C. Belgam (No. 2721)  <br>Eve H. Ormerod (No. 5369)  <br>1000 West Street, Suite 1501  <br>Wilmington, DE 19801  <br>(302) 652-8400  <br>nbelgam@skjlaw.com  <br>eormerod@skjlaw.com | */s/ Kelly E. Farnan*  <br>Kelly E. Farnan (No. 4395)  <br>One Rodney Square  <br>920 N. King Street  <br>Wilmington, DE 19801  <br>(302) 651-7705  <br>farnan@rlf.com |
| *Counsel for Plaintiffs and Counterclaim Defendants InterDigital Communications Inc., InterDigital Technology Corp., IPR Licensing, Inc., and InterDigital Holdings, Inc.* | *Counsel for Defendants and Counterclaim Plaintiffs ZTE Corporation and ZTE (USA) Inc.* |

**IT IS SO ORDERED**.

Dated: _____

_____
The Honorable Richard G. Andrews
United States District Judge